UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEVEN OGLE,

       Plaintiff,                                Case No.  2:06-CV-278

v.                                                        Hon. Gordon J. Quist

GERALD RILEY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on January 17, 2008.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 16, 2008, is approved and adopted as the opinion of the Court.  Defendant's motion for summary judgment (docket no. 10) is **granted**.

**IT IS FURTHER ORDERED** that there is no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).  *See McGore v. Wrigglesworth*, 144 F.3d 601, 611 (6th Cir. 1997).

This case is **concluded**.

Dated:  February 22, 2008                                              /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE